UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH MAKOWSKI and
CHANTY MAKOWSKI,

        Plaintiffs,

v.                               Case No. 8:22-cv-2243-KKM-SPF

UNITED STATES OF AMERICA, et al.,

        Defendants.

_____

## ORDER

Mr. and Mrs. Makowski have failed to file a Case Management Report in accordance with Local Rule 3.02(a)(2) and two Court orders directing them to do so. *See* Endorsed Orders (Doc. 21, Doc. 22). The Makowskis have failed to show good cause for this failure despite a warning from the Court that failure to file a Case Management Report would result in dismissal. Endorsed Order (Doc. 22). The Makowskis have also failed to file a change of address with the Clerk's office. Their lack of diligence in the prosecution of their claims and refusal to comply with court orders is a clear pattern of delay that warrants dismissal.

Accordingly, it is **ORDERED**:

(1) This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the Court's orders.

(2) The Clerk is directed to terminate any pending motions or deadlines, enter judgment in favor of Defendants, and close this case.

**ORDERED** in Tampa, Florida, on February 24, 2023.

Kathryn Kimball Mizelle
United States District Judge

2